1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **DISTRICT OF NEVADA**
10
11 MARTIN S. ROOD,                                    ) Case No. 2:16-cv-02586-JAD-NJK
                                                     )
           Plaintiff(s),                             )
12                                                   ) ORDER
   vs.                                               )
13                                                   ) (Docket No. 5)
                                                     )
   LIBERTY INSURANCE UNDERWRITERS, INC. )
14                                                   )
           Defendant(s).                             )
15 _____)

16        Pending before the Court is Defendant's motion to extend the time to respond to the complaint.

17 Docket No. 5.  For good cause shown, the motion is **GRANTED** and the deadline to respond to the

18 complaint is **EXTENDED** to January 5, 2017.

19        IT IS SO ORDERED.

20        DATED:   December 22, 2016

21                                          _____
                                            NANCY J. KOPPE
22                                          United States Magistrate Judge

23
24
25
26
27
28