1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8
9

10  MARTIN S. ROOD,                               )
                                                  )        Case No. 2:16-cv-02586-JAD-NJK
11                    Plaintiff(s),               )
                                                  )
12  vs.                                           )        ORDER
                                                  )
13  LIBERTY INSURANCE UNDERWRITERS, INC, )
                                                  )
14                    Defendant(s).               )
    _____ )
15

16          To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).

17  The parties are hereby **ORDERED** to file, no later than March 10, 2017, either (1) a joint proposed

18  discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at

    this time.

19          IT IS SO ORDERED.

20          DATED: March 7, 2017

21

22                                            _____
                                              NANCY J. KOPPE
23                                            United States Magistrate Judge

24
25
26
27
28