# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN S. ROOD, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> LIBERTY INSURANCE UNDERWRITERS INC., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:16-cv-02586-JAD-NJK <br><br> ORDER <br><br> (Docket No. 12) |

Pending before the Court is a stipulation to stay litigation pending resolution of Defendant's motion to dismiss. Docket No. 12; *see also* Docket No. 8 (motion to dismiss). Having considered the relevant standards, *see, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds sufficient cause to grant the stipulation. Accordingly, the stipulation to stay is **GRANTED** and this case is hereby **STAYED** pending resolution of the motion to dismiss. To the extent the motion to dismiss is not granted in full, the parties shall file a joint statement regarding whether and how discovery should proceed. That joint statement shall be filed within 14 days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

DATED: March 14, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge