# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTIN S. ROOD,

    Plaintiff(s),

v.

LIBERTY INSURANCE UNDERWRITERS, INC,

    Defendant(s).

Case No. 2:16-cv-02586-JAD-NJK

ORDER

(Docket No. 27)

Pending before the Court is Defendant's motion for protective order. Docket No. 27. Any response shall be filed by 9:00 a.m. on Tuesday, May 29, 2018. The Court **SETS** a hearing on the motion for 2:00 p.m. on May 29, 2018, in Courtroom 3D.

**Failure by Plaintiff to file a response by the deadline set above will result in the granting of the motion and the vacation of the hearing**. *See* Local Rule 7-2(d).[1]

IT IS SO ORDERED.

DATED: May 25, 2018

                              NANCY J. KOPPE
                              United States Magistrate Judge

---

[1] Defendant also filed a motion to compel responses to written discovery. Docket No. 26. That motion shall be briefed pursuant to the default schedule and will be resolved in the normal course.