# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN S. ROOD,<br><br>　　Plaintiff(s),<br><br>v.<br><br>LIBERTY INSURANCE UNDERWRITERS, INC.,<br><br>　　Defendant(s). | Case No.: 2:16-cv-02586-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 34] |

Pending before the Court is the parties' stipulation to vacate the deadline to file dispositive motions in light of pending discovery motions. Docket No. 34. In orders issued concurrently herewith, the Court is resolving those discovery motions. Given the circumstances, the Court **EXTENDS** the deadline to file dispositive motions to August 6, 2018, and the deadline to file the joint proposed pretrial order to September 5, 2018. The stipulation to vacate the deadline to file dispositive motions is **DENIED** as moot.

IT IS SO ORDERED.

Dated: July 2, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge